UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

       Plaintiff,

v.                                         Case No. 18-cr-31-PP

SHALONDA BURNS,

       Defendant,
and

INTERSTATE BLOOD BANK, INC.,

       Garnishee-Defendant.

---

**ORDER APPROVING STIPULATION FOR FINAL ORDER OF GARNISHMENT (DKT. NO. 114) AND ORDERING GARNISHMENT**

---

The parties filed a stipulation, agreeing that the court should enter a final order of garnishment. Dkt. No. 114. The defendant and the garnishee-defendant have waived service of application for a writ of continuing garnishment and have waived their rights to a hearing. Id.

The court **ORDERS** that the garnishee-defendant shall pay to the Clerk of Courts $50.00 biweekly from the defendant's earnings, by mailing a check or money order made payable to the Clerk, U.S. District Court to the Clerk, U.S. District Court, 517 East Wisconsin Avenue, Room 362, Milwaukee, WI 53202. The court **ORDERS** that the garnishee-defendant shall continue to make these payments until the unpaid balance of the judgment ($384,728 as of the date

the parties signed the stipulation) is paid in full or until the court orders otherwise.

Dated in Milwaukee, Wisconsin this 2nd day of May, 2019.

**BY THE COURT:**

_____
**HON. PAMELA PEPPER
United States District Judge**